LEWIS BROWNELL et al., Respondents, *v.* THE NATIONAL BANK
OF GLOVERSVILLE et al., Appellants.

(Argued October 15, 1883 ; decided October 26, 1883.)

*Francis Kernan* for appellants.

*Samuel Hand* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE MACKINNON PEN COMPANY et al., Respondents, *v.* THE
FOUNTAIN INK COMPANY et al., Appellants.

. (Argued October 16, 1883 ; decided October 26, 1883.)

*Samuel Jones* for appellants.

*Edmund Coffin, Jr.*, for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.